# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1139
Lower Tribunal No. 2005-CF-001468

_____

WAYNE JORDAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Wayne Jordan, Mayo, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED